## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sandra Robinson<br><br>                  Debtor(s) | |
| New Residential Mortgage Loan Trust 2015-2<br>                      Movant<br>            v.<br>Sandra Robinson<br>                  Respondent<br>        and<br>Ronda J. Winnecour, Trustee<br>                 Additional Respondent | BK. NO. 18-21277 CMB<br><br>CHAPTER 13<br><br>Related to: Document No. 54<br><br>**ENTERED BY DEFAULT** |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 6th day of January        , 2020, at Pittsburgh, upon Motion of New Residential Mortgage Loan Trust 2015-2, its successors and/or assigns, it is

**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 231 Noel Dr, Monroeville, PA 15146 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Carlota M. Böhm        glb

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/6/20 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Sandra Robinson
231 Noel Drive
Monroeville, PA 15146

Michael S. Geisler Esq.
201 Penn Center Blvd
Suite 524 (Via ECF)
Pittsburgh, PA 15235
m.s.geisler@att.net

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21277-CMB
Sandra Robinson                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr            Page 1 of 1            Date Rcvd: Jan 06, 2020
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db            +Sandra Robinson,    231 Noel Drive,    Monroeville, PA 15146-1521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
          James  Warmbrodt    on  behalf  of Creditor    New Residential Mortgage Loan Trust 2015-2
            bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor    New Residential Mortgage Loan Trust 2015-2
            amps@manleydeas.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
            jbluemle@bernsteinlaw.com
          Kevin M Buttery    on behalf of Creditor    New Residential Mortgage Loan Trust 2015-2
            kbuttery@rascrane.com
          Michael S. Geisler    on behalf of Debtor Sandra  Robinson m.s.geisler@att.net,
            msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                   TOTAL: 8