Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Sandra Robinson** | : | Case No. 18−21277−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per Doc No. 50 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 8th of January, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21277-CMB
Sandra Robinson                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar                 Page 1 of 2                Date Rcvd: Jan 08, 2020
                              Form ID: 309               Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             +Sandra Robinson,    231 Noel Drive,   Monroeville, PA 15146-1521
14803557        Kimberly Hong, Esquire,    Manley, Deas Kochalski, LLC,    P.O. Box 165028,
                 Columbus, OH 43216-5028
14803558       +Monroeville Municipal Authority,    219 Speelman Lane,   Monroeville, PA 15146-3903
14858065       +NEW RESIDENTIAL MORTGAGE LOAN,    TRUST 2015-2,   PO BOX 619096,    DALLAS, TX 75261-9096
14803559       +New Residential Mortgage Loan Trust 2015,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
14803560        Peoples Natural Gas Company,    P.O. Box 535323,   Pittsburgh, PA 15253-5323
14818735       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14851162        UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14859203       +Windstream,   Attn: Financial Services,    1720 Galleria Blvd,   Charlotte, NC 28270-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14804864        EDI: GMACFS.COM Jan 09 2020 08:23:00     Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14858856        EDI: DIRECTV.COM Jan 09 2020 08:23:00     Directv, LLC,    by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL  60197-5008
14803556        E-mail/Text: kburkley@bernsteinlaw.com Jan 09 2020 03:44:11     Duquesne Light Company,
                 411 7th Avenue,   Pittsburgh, PA 15219-1942
14860059       +E-mail/Text: kburkley@bernsteinlaw.com Jan 09 2020 03:44:11     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14825473        EDI: Q3G.COM Jan 09 2020 08:23:00     Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
14810308        EDI: AIS.COM Jan 09 2020 08:23:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,   Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              New Residential Mortgage Loan Trust 2015-2
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14821013*       Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
14821014*       T-Mobile/T-Mobile USA, Inc.,    by American Infosource LP as agent,    P.O. Box 248848,
                 Oklahoma City, OK 73124-8848
                                                                                   TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    New Residential Mortgage Loan Trust 2015-2
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    New Residential Mortgage Loan Trust 2015-2
               amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Kevin M Buttery    on behalf of Creditor    New Residential Mortgage Loan Trust 2015-2
               kbuttery@rascrane.com
              Michael S. Geisler    on behalf of Debtor Sandra  Robinson m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
```

```
District/off: 0315-2          User: lmar              Page 2 of 2            Date Rcvd: Jan 08, 2020
                              Form ID: 309            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                                                                 TOTAL: 8