**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SANDRA ROBINSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.: 18-21277<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 04/02/2018 and confirmed on 10/23/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,990.32 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,990.32 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,896.25 | |
|   Trustee Fee | 271.02 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,167.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW RESIDENTIAL MORTGAGE LOAN TRU<br>Acct: 5742 | 3,513.05 | 3,513.05 | 0.00 | 3,513.05 |
| NEW RESIDENTIAL MORTGAGE LOAN TRU<br>Acct: 5742 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,513.05 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SANDRA ROBINSON<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 4,000.00 | 1,896.25 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXX7CMB | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
| ALLY FINANCIAL** | 16,799.86 | 0.00 | 0.00 | 0.00 |

| 18-21277 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 9569 | | | | |
| | DUQUESNE LIGHT COMPANY* | 8,580.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 1485 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 5,369.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 3619 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 5,783.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 5318 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDIC | 100.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1990 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDIC | 685.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0109 | | | | |
| | UPMC PHYSICIAN SERVICES | 374.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8000 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURCE | 1,129.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 6641 | | | | |
| | WINDSTREAM COMMUNICATIONS | 289.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 8000 | | | | |
| | MUNICIPAL AUTHORITY OF MONROEVILLE | 230.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 4042 | | | | |
| | ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                              3,823.05

TOTAL CLAIMED
PRIORITY         310.00
SECURED        3,513.05
UNSECURED     39,341.67

Date: 02/12/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com